UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DAVID STARK,

                          Plaintiff,

  v.

DETROIT DIESEL CORP., ATLANTIC
DETROIT DIESEL ALLISON, LLC, MTU
TOGNAM DETROIT DIESEL, INC., and MTU
NORTH AMERICA, INC.,

                         Defendants.

No. 2:12-cv-00803-JFB-ARL

**ORAL ARGUMENT REQUESTED**

---

## NOTICE OF DEFENDANTS' MOTION TO DISMISS

The remaining Defendants, Detroit Diesel Corporation and Atlantic Detroit Diesel Allison, LLC, by and through their attorneys, Webster Szanyi LLP, hereby move to dismiss with prejudice all claims for relief enumerated in Plaintiff's amended complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for the reasons set forth in the accompanying Memorandum of Law.

**WHEREFORE**, Defendants file this Notice of Motion, in accordance with Local Rule 7.1(a)(1).

Dated:    June 22, 2012

**WEBSTER SZANYI LLP**
Attorneys for Defendants Detroit Diesel
   Corporation and Atlantic Detroit Diesel
   Allison, LLP

By:   *s/ Kevin A. Szanyi*
       Kevin A. Szanyi (Bar. No. KS8864)
       1400 Liberty Building
       Buffalo, New York 14202
       (716) 842-2800
       kszanyi@websterszanyi.com

2

TO: **GLYNN MERCEP and PURCELL, LLP**
Timothy B. Glynn, Esq.
  Attorneys for Plaintiff
North Country Road
P.O. Box 712
Stony Brook, New York  11790

Case 2:12-cv-00803-JFB-ARL   Document 20   Filed 06/22/12   Page 2 of 2 PageID #: 62