**CIVIL CAUSE FOR TELEPHONE ORAL ARGUMENT**
**BEFORE JUDGE BIANCO**

DATE: 12/19/12                                                                TIME: 9:33-9:50 p.m. ( 17 min)

CASE NUMBER:        CV 12-0803

TITLE:              Stark v. Detroit Diesel

**PLTFFS ATTY:**        Timothy Lynn

**DEFTS ATTY:**         Kevin Hinkley, Kevin Szanyi


FTR RECORDER: 9:33-9:50                           COURTROOM DEPUTY:   Jasmine Major

 X    CASE CALLED.

 X    CONF (HELD / ADJ'D / CONT'D TO_____)

 X    ARGUMENT HEARD / CONT'D TO_____.

 X    DECISION: Motion to dismiss Denied for reasons set forth on the record.

**OTHER:**