UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
DAVID STARK,

        Plaintiff,

            – against –

DETROIT DIESEL CORP. ET AL.,

        Defendants.
----------------------------------------X

ORDER
12-CV-00803(JFB)(ARL)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 19 2012 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

For the reasons set forth in detail on the record on November 26, 2012, the Court grants plaintiff's motion to file the second amended complaint. For the reasons set forth in detail on the record on December 19, 2012, the Court denies in its entirety the motion to dismiss the second amended complaint. The Court requests that Judge Lindsay set a discovery schedule for the parties.

                              SO ORDERED.

                              JOSEPH F. BIANCO
                              UNITED STATES DISTRICT JUDGE

Dated:     December 19, 2012
              Central Islip, NY